UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION

IN RE:
JASON EVERETT BULLOCK                              CASE NO. 09-21263
DEBTOR

AMENDMENT TO PLAN

**This amendment is dated: July 2, 2009**

**TREATMENT OF SECURED CLAIMS.**   The following creditor: 1) HSBC Bank Nevada, NA (Claim #2) filed a claim as secured by a 2006 Yamaha four wheeler and the claim was not specifically provided for by the plan dated May 15, 2009 prior to this amendment. Said plan is amended to treat the claim as:

☐ Secured debt to be paid inside the plan to the extent of the proposed value below. Any remaining portion of the claim shall be treated as a general unsecured claim.
    Value of collateral: $_____ Interest rate: _____
☐ Secured debt to be paid outside the plan.
☐ Secured debt to be paid outside the plan by third party named
☒ Collateral to be surrendered. No distributions shall be made to the creditor until such time as an amended claim for the deficiency is filed by the creditor. Any allowed claim for a deficiency shall be treated as a general unsecured claim.
☐ The lien is avoided under 11 U.S.C. § 522(f). Any allowed claim shall be treated as a general unsecured claim.
☐ Other:

This amendment supersedes any inconsistent provision of said proposed plan (including other amendments). All other provisions of said proposed plan (including other amendments) remain effective.

/s/ John M. Schultz                          /s/ Jason Everett Bullock
JOHN M. SCHULTZ                              Jason Everett Bullock
ATTORNEY FOR DEBTOR                          DEBTOR
10 SOUTH MAIN STREET
WALTON, KY. 41094
(859) 485-4104